# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | February 2, 2015 |
| **TIME:** | 3:30 P.M. |
| **DOCKET NUMBER(S):** | CV-14-3694 (SJ) |
| **NAME OF CASE(S):** | CORE-MARK MIDCONTINENT, INC. V. TRI-STATE CANDY WHOLESALE, INC. ET AL |
| **FOR PLAINTIFF(S):** | Lauricella |
| **FOR DEFENDANT(S):** | Condon |
| **NEXT CONFERENCE(S):** | FEBRUARY 5, 2015 AT 4:30 P.M., BY TELEPHONE (See rulings below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

The parties will confer about, among other things:

(1) whether, in the case of daily purchases from a supplier by a customer, any accepted accounting principles require attribution of the customer's payments to specific shipments rather than a running account; and

(2) whether the parties can agree on representative sample time periods for reviewing invoices to identify any shipments billed for but not made, and how long it would take to examine those invoices and extrapolate from the sample time periods to obtain a sense of the dollar amounts involved over time.

THE COURT WILL HOLD A FURTHER TELEPHONE CONFERENCE AT 4:30 PM ON FEBRUARY 5, 2015. Counsel will arrange the conference call and shall be familiar with the schedules of the parties so that a date for a settlement conference may be set.