# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | February 5, 2015 |
| **TIME:** | 4:30 P.M. |
| **DOCKET NUMBER(S):** | CV-14-3694 (SJ) |
| **NAME OF CASE(S):** | CORE-MARK MIDCONTINENT, INC. V. TRI-STATE CANDY WHOLESALE, INC. ET AL |
| **FOR PLAINTIFF(S):** | Lauricella |
| **FOR DEFENDANT(S):** | Condon |
| **NEXT CONFERENCE(S):** | JUNE 3, 2015 AT 4:00 P.M., IN-PERSON (See rulings below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

Discussion with counsel strongly indicates that settlement will not be possible without discovery. Interrogatories and document demands will be served by February 12. Depositions will be completed by May 15.

NEXT CONFERENCE: JUNE 3, 2015 AT 4:00 PM. The parties shall be prepared:

(1) to state their respective positions on settlement, with principals WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT,

(2) to schedule disclosures of any anticipated expert reports,

(3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and (4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.

Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.